UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FUENTES-CARRILLO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-06984-SB-DFM<br><br>ORDER GRANTING UNOPPOSED PETITION FOR A WRIT OF HABEAS CORPUS |

Petitioner Luis Fuentes-Carrillo is detained at the Adelanto ICE Processing Center. On November 19, 2026, he filed a petition for a writ of habeas corpus. Dkt. No. 1. On November 24, 2026, the government filed a response acknowledging that Petitioner seeks "his immediate release from immigration detention, or in the alternative a bond hearing pursuant to 8 U.S.C. § 1226(a)," and stating without qualification that "Respondents do not oppose Petitioner's requested relief." Dkt. No. 10 at 1. The Court therefore grants the unopposed petition and orders as follows:

1. The government shall immediately release Petitioner Luis Fuentes-Carrillo (A220-666-386) from custody under the same supervision conditions prior to his redetention in October 2026.

2. The government shall file a Notice of Release by November 27, 2026.

A separate judgment will issue.

Date: November 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge