JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LUIS FUENTES-CARRILLO,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondents.

Case No. 5:26-cv-06984-SB-DFM

FINAL JUDGMENT

For the reasons stated in the separate order granting the petition for a writ of habeas corpus, Petitioner Luis Fuentes-Carrillo (A220-666-386) is ordered released.

This is a final judgment.

Date: November 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge